# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139086 & (57)
139087
139088

BARBARA BOILLAT,
      Plaintiff-Appellee,

v

AV
KELLY AUTOMOTIVE GROUP, INC.,
      Defendant-Appellant.

_____

SC:    139086-88
CoA:  277916, 284848, 286024
Ingham CC: 06-001430-AV, 06-001647-

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2009

_____
Clerk